In the Matter of SAMUEL SILVERMAN et al., Appellants and Respondents. R. HOE & Co., INC., Respondent and Appellant.

Argued January 19, 1953; decided April 9, 1953.

*Bernard S. Kanton* for appellants-respondents.

*Neil P. Cullom* and *Stanford Schewel* for respondent-appellant.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.